[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-11371

Non-Argument Calendar

_____

FERDINAND CHUKWUYEN,

Petitioner,

*versus*

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A200-278-235

_____

Before ROSENBAUM, JILL PRYOR, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.

The statutory time limit required Ferdinand Chukwuyen to file a petition for review on or before Thursday, April 27, 2023, which was 30 days after the Board of Immigration Appeals issued its March 28, 2023 decision denying his motion to reopen and reconsider its September 2022 decision. 8 U.S.C. § 1252(b)(1); *see Chao Lin v. U.S. Att'y Gen.*, 677 F.3d 1043, 1045-46 (11th Cir. 2012) (noting that the statutory time limit is mandatory, jurisdictional, and not subject to equitable tolling). However, Chukwuyen did not file his petition until April 28, 2023. We therefore lack jurisdiction to review it.

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.